252 So.2d 455

**Succession of Filippo QUAGLINO, Sr. and Succession of Josephine Fazzio Quaglino (two cases).**

**Succession of Filippo (or Phillip) QUAGLINO.**

No. 51604.

Sept. 28, 1971.

In re: Succession of Filippo Quaglino, Sr. and the Succession of Josephine Fazzio Quaglino applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 380.

Writ refused. The judgment is correct.

252 So.2d 455

**Arthur WOODFORK**

v.

**Irwin R. SANDERS.**
No. 51602.

Sept. 28, 1971.

In re: Arthur Woodfork applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 248 So.2d 419.

Writ denied: The judgment is not final.

McCALEB, C. J., concurs being of the opinion that the result is correct.

SUMMERS, J., is of the opinion the result is correct.

DIXON, J., is of the opinion that the opinion of the court of appeal is incorrect, that remanding the case for possible amendment is vain and useless, and that the writ should be granted.